Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

639 A.2d 1173

**COMMONWEALTH of Pennsylvania**

v.

**Ernest S. HENDRICKSON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided March 30, 1994.

Carl Max Janavitz, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., and Kemal A. Mericli, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

639 A.2d 1173

**Edward F. EBERHARDT, Executor of the Estate of Jerome Patterson, and Mildred Patterson, in her own right, Appellants,**

**v.**

**GAF CORPORATION, etc., et al.**

Supreme Court of Pennsylvania.

March 31, 1994.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 1994, the Order of the Superior Court is affirmed, —— Pa.Super. ——, 638 A.2d 273. See *Gasperin v. GAF Corporation,* No. 50 W.D.Appeal Dkt. 1993, 536 Pa. 429, 639 A.2d 1170, filed March 30, 1994.